## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**SAMUEL & STEIN**
Michael Samuel, Esq.
38 W. 32nd Street
Ste. 1110
New York, NY 10001
(212) 563-9884
michael@samuelandstein.com

| | |
|---|---|
| Edgar Velez, on behalf of himself and all others similarly situated, | |
| Plaintiff, | DOCKET NO. 16-cv-06117 |
| - vs. – | **MOTION FOR DISMISSAL PURSUANT TO FED. R. CIV. PROCEDURE 41(a)(2)** |
| Sabor Toribio Restaurant, Inc. d/b/a Sabor Toribio, Reynaldo Toribio, and Dania Toribio, | |
| Defendants. | |

Plaintiff Edgar Velez, by and through his undersigned attorneys, respectfully requests that the Court dismiss this Action with prejudice, in light of the agreement filed as ECF No. 37 that was approved by the Court on March 12, 2018, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Respectfully submitted,

/s/ *Michael Samuel*
Michael Samuel, Esq.

SAMUEL & STEIN

SO-ORDERED:    /s/ Sanket J. Bulsara 7/20/2018
Hon. Sanket J. Bulsara, U.S.M.J.